## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Charles W. Robinson Sr.          CHAPTER 13
       Robin E. Robinson
              <u>Debtor(s)</u>          BKY. NO. 22-11307 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
13 Jun 2022, 11:14:54, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 908f1e47462afd91c3f252f67d3bf1542333dd2255bca3d5e8b5ee237d1712e3