| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 22-11307-PMM

| | |
|---|---|
| Charles W. Robinson, Sr. | Petition Filed Date: 05/20/2022 |
| Robin E. Robinson | 341 Hearing Date: 06/28/2022 |
| 3407 Sheidy Avenue | Confirmation Date: |
| Reading  PA   19605 | |

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/17/2022 | $200.00 | | 07/15/2022 | $200.00 | | | | |

**Total Receipts for the Period: $400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $400.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | GEORGE M LUTZ ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $1,096.46 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $2,310.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $5,982.53 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $9,297.86 | $0.00 | $0.00 |
| 5 | FIRST NATL BANK OF OMAHA »» 005 | Unsecured Creditors | $6,578.27 | $0.00 | $0.00 |
| 6 | GREENSKY, LLC »» 006 | Unsecured Creditors | $4,185.88 | $0.00 | $0.00 |
| 7 | GREENSKY, LLC »» 007 | Unsecured Creditors | $465.76 | $0.00 | $0.00 |
| 8 | TRUIST BANK »» 008 | Unsecured Creditors | $13,107.45 | $0.00 | $0.00 |
| 9 | TRUIST BANK »» 009 | Unsecured Creditors | $7,498.39 | $0.00 | $0.00 |
| 10 | PHFA »» 010 | Mortgage Arrears | $2.86 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11307-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $400.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $32.00 | Total Plan Base: | $7,200.00 |
| Funds on Hand: | $368.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.