United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-11307-pmm

Charles W. Robinson, Sr.     Chapter 13

Robin E. Robinson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3

Date Rcvd: Sep 29, 2022     Form ID: 155     Total Noticed: 25

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles W. Robinson, Sr., Robin E. Robinson, 3407 Sheidy Avenue, Reading, PA 19605-1638 |
| 14692578 | + | REGIONS BANK/GS LOAN SVC, 1797 NE EXPRESSWAY, Atlanta, GA 30329-7803 |
| 14692580 | + | Truist Bank, c/o Weltman Weinberg and Reis Co., LPA, 170 S. Independence Mall W, Ste. 874W, Philadelphia, PA 19106-3334 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14702959 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2022 23:51:00 | COMENITYCAPITALBANK/BJS, 6939 AMERICANA PARKWAY, Reynoldsburg, OH 43068-4171 |
| 14692574 | ^ | MEBN | Sep 29 2022 23:50:00 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14702958 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2022 23:56:42 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 14695088 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2022 23:56:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14692576 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Sep 29 2022 23:51:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1703 |
| 14692575 | ^ | MEBN | Sep 29 2022 23:49:58 | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 14692572 | ^ | MEBN | Sep 29 2022 23:49:59 | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14702960 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 29 2022 23:51:00 | FNB Omaha, P.O. Box 3412, Omaha, NE 68197 |
| 14704694 | ^ | MEBN | Sep 29 2022 23:50:08 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 14702961 | + | Email/Text: bankruptcy@sccompanies.com | Sep 29 2022 23:51:00 | Ginny's, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14705104 | + | Email/Text: bankruptcy@greenskycredit.com | Sep 29 2022 23:51:00 | Greensky, LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 14702962 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2022 23:56:42 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, Greenville, SC 29602-1269 |
| 14694511 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2022 23:56:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14697940 | ^ | MEBN | Sep 29 2022 23:50:09 | PENNSYLVANIA HOUSING FINANCE |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2022 | Form ID: 155 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14692577 | + | Email/Text: blegal@phfa.org | Sep 29 2022 23:51:00 | PHFA, 211 N. Front St., Harrisburg, PA 17101-1466 |
| 14708115 | + | Email/Text: blegal@phfa.org | Sep 29 2022 23:51:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14702963 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2022 23:56:35 | Resurgent Acquistions, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 14692579 | + | Email/Text: bankruptcy@bbandt.com | Sep 29 2022 23:51:00 | TRUIST BANK, PO BOX 849, Wilson, NC 27894-0849 |
| 14692581 | + | Email/Text: bankruptcy@bbandt.com | Sep 29 2022 23:51:00 | TRUIST BANK/GS, 1797 NE EXPRESSWAY, Atlanta, GA 30329-7803 |
| 14692573 | ^ | MEBN | Sep 29 2022 23:49:58 | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 14707437 | + | Email/Text: bankruptcy@bbandt.com | Sep 29 2022 23:51:00 | Truist, PO Box 85092, Richmond, VA 23285-5092 |
| 14702964 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 29 2022 23:51:00 | Webbank/Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
  on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

GEORGE M. LUTZ
  on behalf of Debtor Charles W. Robinson Sr. glutz@hvmllaw.com, asantana@hvmllaw.com;r49419@notify.bestcase.com

GEORGE M. LUTZ
  on behalf of Joint Debtor Robin E. Robinson glutz@hvmllaw.com  asantana@hvmllaw.com;r49419@notify.bestcase.com

SCOTT F. WATERMAN (Chapter 13)
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Sep 29, 2022 Form ID: 155 Total Noticed: 25
TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Charles W. Robinson, Sr. and Robin E. Robinson

    Debtor(s)

Chapter: 13
Bankruptcy No: 22−11307−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 29th day of September 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

24
Form 155