Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-11307-PMM**

Charles W. Robinson, Sr.  
Robin E. Robinson  
3407 Sheidy Avenue  
Reading  PA    19605

Petition Filed Date: 05/20/2022  
341 Hearing Date: 06/28/2022  
Confirmation Date: 09/29/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $200.00 | | 09/16/2022 | $200.00 | | 10/24/2022 | $200.00 | |
| 11/21/2022 | $200.00 | | 12/19/2022 | $200.00 | | 01/23/2023 | $200.00 | |
| 02/21/2023 | $200.00 | | 03/20/2023 | $200.00 | | 04/24/2023 | $200.00 | |
| 05/19/2023 | $200.00 | | 06/16/2023 | $200.00 | | 07/24/2023 | $200.00 | |

**Total Receipts for the Period: $2,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $3,000.00 | $2,386.00 | $614.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,096.46 | $0.00 | $1,096.46 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $2,310.00 | $0.00 | $2,310.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $5,982.53 | $0.00 | $5,982.53 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $9,297.86 | $0.00 | $9,297.86 |
| 5 | FIRST NATL BANK OF OMAHA<br>»» 005 | Unsecured Creditors | $6,578.27 | $0.00 | $6,578.27 |
| 6 | GREENSKY LLC<br>»» 006 | Unsecured Creditors | $4,185.88 | $0.00 | $4,185.88 |
| 7 | GREENSKY LLC<br>»» 007 | Unsecured Creditors | $465.76 | $0.00 | $465.76 |
| 8 | TRUIST BANK<br>»» 008 | Unsecured Creditors | $13,107.45 | $0.00 | $13,107.45 |
| 9 | TRUIST BANK<br>»» 009 | Unsecured Creditors | $7,498.39 | $0.00 | $7,498.39 |
| 10 | PHFA/HEMAP<br>»» 010 | Mortgage Arrears | $2.86 | $0.00 | $2.86 |

Chapter 13 Case No. 22-11307-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,800.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $2,386.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $232.00 | Total Plan Base: | $7,200.00 |
| Funds on Hand: | $182.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.