| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-11307-PMM**

Charles W. Robinson, Sr.  
Robin E. Robinson  
3407 Sheidy Avenue  
Reading  PA    19605

Petition Filed Date: 05/20/2022  
341 Hearing Date: 06/28/2022  
Confirmation Date: 09/29/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $200.00 | | 09/19/2023 | $200.00 | | 10/23/2023 | $200.00 | |
| 11/21/2023 | $200.00 | | 12/15/2023 | $200.00 | | 01/22/2024 | $200.00 | |
| 02/16/2024 | $200.00 | | 03/15/2024 | $200.00 | | 04/19/2024 | $200.00 | |
| 05/20/2024 | $200.00 | | 06/24/2024 | $200.00 | | 07/19/2024 | $200.00 | |

**Total Receipts for the Period: $2,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $1,096.46 | $33.64 | $1,062.82 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $2,310.00 | $79.06 | $2,230.94 |
| 3 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $5,982.53 | $204.72 | $5,777.81 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $9,297.86 | $318.24 | $8,979.62 |
| 5 | FIRST NATL BANK OF OMAHA »» 005 | Unsecured Creditors | $6,578.27 | $225.16 | $6,353.11 |
| 6 | GREENSKY LLC »» 006 | Unsecured Creditors | $4,185.88 | $143.24 | $4,042.64 |
| 7 | GREENSKY LLC »» 007 | Unsecured Creditors | $465.76 | $15.95 | $449.81 |
| 8 | TRUIST BANK »» 008 | Unsecured Creditors | $13,107.45 | $448.60 | $12,658.85 |
| 9 | TRUIST BANK »» 009 | Unsecured Creditors | $7,498.39 | $256.63 | $7,241.76 |
| 10 | PHFA/HEMAP »» 010 | Mortgage Arrears | $2.86 | $2.86 | $0.00 |

**Chapter 13 Case No. 22-11307-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,400.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $4,728.10 | Arrearages: | $0.00 |
| Paid to Trustee: | $488.00 | Total Plan Base: | $7,200.00 |
| Funds on Hand: | $183.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.