UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In re:<br><br>CHARLES W. ROBINSON, SR. AND<br>ROBIN E. ROBINSON,<br><br>Debtors | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 22-11307 PMM |
|---|---|

**CHAPTER 13 DEBTORS' CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(Q)**

*Part I. Certification Regarding Domestic Support Obligations*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

√   We owed no domestic support obligation when we filed my bankruptcy petition, and we have not been required to pay any such obligation since then.

*Part II. Not applicable*

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

√ We have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that we or a dependent of ours uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV. Debtors' Signatures*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on: 5/28/2025        *[signature]* Charles W. Robinson, Sr.
        Date:

Executed on: 5/28/2025        *[signature]* Robin E. Robinson
        Date: