*Form 138OBJ* (6/24)–doc 36 – 30

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Charles W. Robinson Sr. ) Case No. 22–11307–pmm
)
)
   Robin E. Robinson ) Chapter: 13
)
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 2, 2025        For The Court

       Timothy B. McGrath
       Clerk of Court