United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11307-pmm |
| Charles W. Robinson, Sr. | Chapter 13 |
| Robin E. Robinson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 02, 2025 | Form ID: 138OBJ | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles W. Robinson, Sr., Robin E. Robinson, 3407 Sheidy Avenue, Reading, PA 19605-1638 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 03 2025 00:59:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 03 2025 01:00:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14702959 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 03 2025 01:00:00 | COMENITYCAPITALBANK/BJS, 6939 AMERICANA PARKWAY, Reynoldsburg, OH 43068-4171 |
| 14692574 | ^ | MEBN | Jun 03 2025 00:40:31 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14702958 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2025 01:03:38 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 14695088 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 03 2025 01:19:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14692576 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 03 2025 01:00:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1595 |
| 14692575 | | Email/Text: bankruptcycourts@equifax.com | Jun 03 2025 00:59:00 | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374 |
| 14692572 | ^ | MEBN | Jun 03 2025 00:40:31 | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14702960 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 03 2025 00:59:00 | FNB Omaha, P.O. Box 3412, Omaha, NE 68197 |
| 14704694 | ^ | MEBN | Jun 03 2025 00:40:32 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 14702961 | + | Email/Text: bankruptcy@sccompanies.com | Jun 03 2025 01:00:00 | Ginny's, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14705104 | + | Email/Text: bankruptcy@greenskycredit.com | Jun 03 2025 01:00:00 | Greensky, LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 14702962 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2025 01:03:38 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, Greenville, SC 29602-1269 |
| 14694511 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2025 | Form ID: 138OBJ | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 03 2025 01:04:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14697940 | ^ | MEBN | | |
| | | | Jun 03 2025 00:40:38 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14692577 | + | Email/Text: blegal@phfa.org | | |
| | | | Jun 03 2025 01:00:00 | PHFA, 211 N. Front St., Harrisburg, PA 17101-1466 |
| 14708115 | + | Email/Text: blegal@phfa.org | | |
| | | | Jun 03 2025 01:00:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14692578 | + | Email/Text: bankruptcy@greenskycredit.com | | |
| | | | Jun 03 2025 01:00:00 | REGIONS BANK/GS LOAN SVC, 1797 NE EXPRESSWAY, Atlanta, GA 30329-7803 |
| 14702963 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 03 2025 01:04:15 | Resurgent Acquistions, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 14692579 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Jun 03 2025 00:59:00 | TRUIST BANK, PO BOX 849, Wilson, NC 27894-0849 |
| 14692581 | + | Email/Text: bankruptcy@greenskycredit.com | | |
| | | | Jun 03 2025 01:00:00 | TRUIST BANK/GS, 1797 NE EXPRESSWAY, Atlanta, GA 30329-7803 |
| 14692573 | ^ | MEBN | | |
| | | | Jun 03 2025 00:40:31 | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 14707437 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Jun 03 2025 00:59:00 | Truist, PO Box 85092, Richmond, VA 23285-5092 |
| 14692580 | + | Email/Text: PHILAW@weltman.com | | |
| | | | Jun 03 2025 00:59:00 | Truist Bank, c/o Weltman Weinberg and Reis Co., LPA, 170 S. Independence Mall W, Ste. 874W, Philadelphia, PA 19106-3334 |
| 14702964 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Jun 03 2025 01:00:00 | Webbank/Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| George Meany Lutz | |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2025 | Form ID: 138OBJ | Total Noticed: 27 |

        on behalf of Debtor Charles W. Robinson  Sr. glutz@hvmllaw.com, HartmanValerianoMagovernLutzPC@jubileebk.net

George Meany Lutz
        on behalf of Joint Debtor Robin E. Robinson glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net

LEON P. HALLER
        on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
        dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)−doc 36 − 30

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Charles W. Robinson Sr. ) Case No. 22−11307−pmm
)
)
   Robin E. Robinson ) Chapter: 13
)
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          Eastern District of Pennsylvania
          United States Bankruptcy Court
          Office of the Clerk, Gateway Building
          201 Penn Street, 1st Floor
          Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 2, 2025                                                                                     For The Court

                                                                                                             Timothy B. McGrath
                                                                                                             Clerk of Court